1983 NE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2010 SEP -3 P 1:29
U.S. DIST.
N.D. OF A...

Jeffrey L. Harden

Inmate Identification Number: 263907

Limestone C.F. 28779 Nick Davis Rd.
Harvest, Ala 35749-7009

(Enter above the full name(s) of the plaintiff(s)
in this action

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Etowah County Sheriff's Dept.
John Doe, Jane Doe
Medical Services

CV-10-PT-2398-NE

(Enter above full name(s) of the defendant(s)
in this action

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes  (___)        No  ( X )

   B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

       1.  Parties to this previous lawsuit:

           Plaintiff(s)  Jeffrey L. Harden

           Defendant(s)  _____

2.   Court (if Federal Court, Name the district; if State Court, Name the county) _____

3.   Docket Number _____

4.   Name the judge to whom case was assigned _____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

1.   Place of present confinement   _Limestone Correctional Facility_

A.   Is there a prisoner grievance procedure in this institution?
     Yes ( X )          No (   )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes (   )          No ( X )

C.   If your answer is YES:

     1.  What steps did you take? _____

     2.  What was the result? _____

D.   If your answer is NO, explain why not?   _Medical Nurse took me off Plavax, without doctor's order. They did not allow doctor's vist, nor contacted plaintiff's outside doctor._

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A  Name of plaintiff(s)  **Jeffrey L. Harden 263907**

   Address  **L.C.F. 28779 Nick Davis Rd. Harvest, Ala 35749-7009**

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B  Defendant  **Etowah County Sheriff's Department**
   is employed as  **Sheriff, and their Medical Services**
   at  **827 Forrest Ave Gadsden, Ala 35901**

C  Additional Defendants  **John Doe, Jane Doe.**

V  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

**The sheriff failed to maintain proper medical services and health care to my persons. The Nurse removed me from medican that I had a order for, without doctor's approval**

Said Medication 0 is to keep blood Clots from forming in my body. Nurse stated I don't need it, wherein no test were taken to reach that opinion. This amounts to violation of Standard of Care Clause.

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I request a Jury Trial, and be allowed to submit my case to the Court on the Medical evidence I have. I will submit damages at a later date, before trial and in time for defense to make it's Objections

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/31/2010

Jeffrey LAmar Harden
Signature(s)

SWORN / AFFIRMED AND
SUBSCRIBED BEFORE ME,
NOTARY PUBLIC ON  8-31-10
...VES
...ON EXP. 9/26/11

- 4 -

In The United States District Court for the Northern District of Alabama

Jeffrey L. Harden,
 Plaintiff,

vs.

Etowah County Sheriffs Dept,
John Doe, Jane Doe, etc. al.,
 Defendants.

\* Civil Action

\* CV_____

\* 420 U.S.C.A. 1983
28 U.S.C.A. 1331

\*

## VERIFIED NOTICE OF INTENT/CLAIM

Comes now, Plaintiff Jeffrey L. Harden and hereby submits his verified notice of Intent/Claim upon this Honorable Court. Plaintiff contends that he has suffered injury releated from the Sheriffs Department in receiving his medication in which he was currently under and on during his arrival at their facility. Plaintiff asserts that said defendants committed willful and contributory negligence in their denial of his medication. Plaintiff attest that said Department is currently under contract with a medical provider and that is also at this point unknown and thereby considered John Doe and Jane Doe. Plaintiff will amend said defendants once is to the understanding who they are.

Page 1 of 3

Plaintiff is currently incarcerated at Limestone Corr. Fac. 28779 Nick Davis Road Harvest, Alabama 35749-7009. Plaintiff will file with this Court said amount in damages and claim once he has obtained legal counsel. Plaintiff attest that he is Chronic Care Patient and that his need medical care is a must and that the defendants Nurse staff discontinued his medication with out a Medical Doctor's approval. Therefore, the plaintiff moves this Honorable Court to issue a civil action number upon this cause and these listed defendants.

Respectfully,

To: United States Clerk
1729 5th Avenue North
Birmingham, Ala 35203

C: File / Attorney

Jeffrey L. Harden
Jeffrey L. Harden
Plaintiff.
Limestone Corr. Fac.
28779 Nick Davis Rd
Harvest, Ala 35749

Page 2 of 3.

## Certificate of Service

I, Jeffrey L. Harden hereby certify that a copy of the foregoing has been served upon the Court Clerk or the Northern District Court of Alabama, United States mail, postage prepaid this the 31 day of AUG, 2010.

TO: Clerk of Court
United District Court
Northern District of Alabama
1729 5th Ave North
Birmingham, Ala 35203

C: File / Attorney

SWORN / AFFIRMED AND
SUBSCRIBED BEFORE ME: 8-31-10
A NOTARY PUBLIC ON
M REEVES
COMMISSION EXP. 9/26/11

/s/ Mark Rees

Jeffrey L. Harden
Jeffrey L. Harden
Plaintiff
Limestone Corr Fac
28779 Nick Davis Rd
Harvest, Ala 35749-7009